IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:03-MJ-00081 |
| | ) | |
| vs. | ) | |
| | ) | |
| ISMAEL FERREL RODRIGUZ | ) | **ORDER OF DISMISSAL** |
| a/k/a Ismael Rodriguez, III | ) | |
| a/k/a Amuel Lopez | ) | |
| a/k/a Ferrell Ismael Rodriquez | ) | |
| a/k/a Ismael Ferrel Rodriquez | ) | |
| a/k/a Francisco Lopez | ) | |
| a/k/a Ramiro Rodriguez | ) | |

And now, this 20th day of November, 2009, the within Motion is granted, and it is hereby ordered and decreed that the Complaint filed under Criminal Number 2:03-MJ-00081 against the above-named defendant be and the same is hereby dismissed without prejudice.

_____
ROBERT S. CARR
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina